UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Patrick E. Dullen

      v.                              Case No. 15-cv-30-LM

Preservation Management, Inc.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 6, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's claim asserting a violation of his equal protection rights under the Fourteenth Amendment is hereby dismissed.

    SO ORDERED.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: October 28, 2015

cc:   Patrick E. Dullen, pro se